# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:20-MJ-100 PAS |
| Owen Batista, YOB: 1994 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 21, 2020  in the county of _____ in the

_____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2); and | Possession of child pornography; and |
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Craig A. Graham of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

Craig A. Graham
Special Agent

*Complainant's signature*

Special Agent Craig A. Graham - FBI
*Printed name and title*

Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx  Sworn telephonically and signed electronically

Date:  October 21, 2020

*Judge's signature*

City and state:   Providence, Rhode Island and Barrington, RI     Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*