PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 1:20-MJ-100 PAS

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Owen Batista
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   RHODE ISLAND
DISTRICT OF RHODE ISLAND   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

☐ Interpreter Required   Dialect: _____

Birth Date: _____
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: [REDACTED]

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 10/21/2020 or Date Transferred to Federal Custody _____
☒ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of child pornography | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 10yrs imprisonment; Life S/R; and | $250,000 fine | ☐ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of child pornography | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 5-20yrs imprisonment; Life S/R; and | $250,000 fine | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 3 days | ☐ Felony ☐ Misdemeanor |