# ATTACHMENT A

Statement of Support on Behalf of Owen Batista by Aurelinda Batista

My name is Aurelinda. I am Owen's paternal grandmother. I sometimes took care of Owen when he was a baby. I would take him to church all the time. He was presented at the church I belong to at La Iglesia Pentecostal Aposento Alto located at 628 Public Street, Providence, RI 02907. Many of the church members remember when Owen came to church with me. Owen is a sweet and honest young man.

I love Owen so much. I know in my heart that he will never hurt anyone. He is the most lovable and respectful person I know. He is a hard worker. If he is not at work, he is at home helping his mother. I lived in their home with my mother for a few years after my husband passed away. Owen was always there to help us. My mother at the time was 80 years old and had dementia. Owen never hesitated when we asked him for help with feeding or moving her from one place to another. He never let me carry a bag or struggle with anything.

I believe everyone makes mistakes and deserve a second chance. I recommend to the Judge that you show Owen leniency at sentencing and allow him to stay home with his parents.

With love,

Aurelinda Batista

Aurelinda Batista

Statement of Support on Behalf of Owen Batista by Erin Batista

I am Owen's sister. I offer this statement for the Court's consideration for sentencing purposes. Owen along with my oldest brother and my youngest brother are the best a sister could have. He has been there for me whenever I needed him. He is the most respectful and honest person I know. I believe I know him more than anyone else because we lived in the same house since I was born.

When I was 18, I left for Flagler College in Florida for one semester, that was the only time I spent away from home. I decided I did not want to be so far away from home. I currently work from home. I am a single mother of one child. I have always loved how my mother was able to take care of us while we were growing up and did not send us to a day care or babysitter. I want to do the same for my child. In school, Owen and I barely saw each other because of the grade difference. When he was sent to a different room of speech or occupational therapy, I would sneak in and spent time with Father Nick and Owen. Owen, my little brother, and I would go visit friends, go to church functions, or after school activities together almost always. I have always helped my brother with school and anything he needed help with.

When Owen was arrested for this case, my parents and I decided it was best for my son, my husband and I to move. Owen needed to be home and not in prison. I will sacrifice whatever to be able to keep my brother out of prison. I lived in a hotel for a little over a month after the incident. At that time, my husband and I were already broken up. My husband did not want to leave because he did not have to pay bills living with my parents. My parents helped me get an apartment and furnishings. I am so grateful Owen was able to come home. It was time for me to become an adult and move out with my son.

I believe everyone makes mistakes. I have made a few myself. I have learned from my mistakes just like everyone does in their lifetime. No one is perfect. I know Owen regrets what he has done, and he will never do anything like that again. I also know his son (Lenin) will be lost without his father. I ask that you show leniency towards Owen during his sentencing. I also plead that you allow him to stay with his parents instead of sending him to prison. He will definitely not benefit from spending time in prison. He would benefit more from therapy and rehabilitation services. Thank you for your time.

Sincerely,

Erin Batista

Statement of Support on Behalf of Owen Batista by Jose Batista

I am Owen's father. I understand Owen recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement for the Court's consideration for sentencing purposes.

I have worked for the Rhode Island Public Transit Authority since November of 1998. I have been working since I was 16 years old. My wife and myself decided for my wife to be a stay-at-home mother before we decided to have children. When Owen was a baby, we noticed he needed extra help and attention. He took longer than normal to walk and talk. My wife continues to be by his side and help him into adulthood because he most of the time needs assistance with daily tasks.

Owen has always been an honest, dependable, and respectful person. He never gave me any issues growing up. Owen is extremely helpful and always willing to help. He does almost everything with his mother by his side, such as errands, shopping, and doctor appointments. He suffers from separation anxiety, if he has to go to a new place or see new people. When he starts a new job, he goes in focused on work. Due to being a little slower than most people, he sometimes has to work harder than others to learn in school and places of employment. He has always had his mother to help him practice afterschool or after work.

Owen is a role model to his son Lenin. The bond Lenin and Owen have is unbreakable. They play with Nerf guns, watch movies, and play chess. I know that if they were to be separated for any reason, Lenin would be devastated. Everyone makes mistakes and deserve a second chance. Owen is currently trying to get his CDL license, while continuing to work 48 hours a week at the Ocean State Job Lot Warehouse.

As you can see, Owen has never been in trouble with the law or at home. He has benefited greatly from attending weekly therapy. I would like to recommend that the Judge should show Owen leniency during sentencing. Owen can continue to go to therapy, work, be with his family, and stay out of trouble.

Sincerely,

Jose Batista

Statement of Support on Behalf of Owen Batista by Jose R Batista Jr.

My name is Jose and I am Owen's brother. I understand Owen recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement for the Court's consideration for sentencing purposes.

I have suffered from epilepsy from the age of nine. I have been diagnosed with developmental, intellectual, and cognitive delays since birth. Owen helps me with day-to-day living. He is always with me in case I get a seizure. When I get a seizure, he calls my mother to let her know how long and what kind of seizure I am experiencing. We spend a lot of time together daily.

Owen has been there for me since I can remember. We play video games, ride bikes, go to the movies, and spend a lot of time together. He helps me when I need him. As long as I have known him, he has never been disrespectful or participated in any type of criminal activity. When we were younger, we would play baseball at the field on Niantic Avenue. We would play with a team or with a group of friends. We also played video games with my other online friends every day after school and on weekends. Now, we hang out talking about movies and tv shows. I sometimes visit my sister to keep her company as well because she moved out and lives alone.

I believe that Owen has very high moral character. He is always trying to help someone in need. When we would go out to get food or run errands, he always gives money to the homeless. If he sees someone struggling to push a car out of the street or locked themselves out of their car, he will immediately pull over to help. He has done this many times with me in the car. Owen is a hard worker and disciplined. He helps our parents do remodeling around the house. He keeps me motivated to help out as well.

I recommend the Judge should show leniency towards Owen during sentencing because I depend on him, and I need him. I believe Owen belongs at home with his family. I don't think he will benefit from going to jail. He is a good person and should get a second chance.

Sincerely, Jose r Batista Jr

Jose R Batista Jr.

Statement of Support on Behalf of Owen Batista by Fanny Franco

I am Owen's mother. I offer this statement for the Court's consideration for sentencing purposes. I have completed my master's degree in Criminal Justice in December 2021. I will be applying to law school in the Fall of 2023. I currently work for the State of Rhode Island, and I briefly worked at Day One. With the experience I have gained in my employment and knowing Owen more than anyone, I am entirely certain that he would never hurt anyone.

Owen is a person who was diagnosed with a learning and developmental disabilities since he was a baby. Owen has a brother who has developmental and learning disabilities. His brother also gets seizures. Owen helps take care of his brother by spending time with him and letting me know when he gets a seizure. I need to know how long the seizure lasted and what type of seizure he had. Owen has a sister that was living with us with her husband and one year old child. She moved out so Owen would be able to come home when he was arrested. She knows that Owen would not be safe without a family member with him, and he needed to come home.

I have dedicated my life for my children and grandchildren. My husband and myself made the decision for me to be a stay-at-home mother, when we found out about my son's disabilities. I worked small jobs to get some experience on my resume to prepare for the future, but my main focus was my children. I took him to every hospital visits, appointments, events, and activities into adulthood because he suffers from separation anxiety. During COVID, he had kidney stones. He refused to stay at the hospital because they would not allow me to stay with him.

Owen is such a sweet, respectful, and trustworthy young man. He saw a man in a wheelchair struggle to go up a hill. Owen got out of the car and ran to assist the man. The eighty-year-old neighbor from across the street, was locked out of her home. She ran to Owen and me for help. We were able to push open a window and Owen jumped in and opened the door for her. That is the kind of person Owen is. I do not know what will become of me if Owen is not by my side.

Owen has a son named Lenin that loves him very much. Lenin was with us almost all the time. Owen has never left his side since birth. Lenin was devastated when we told him he could not come over at the beginning of the case. They were and are inseparable. For this and many other reasons, I recommend for the Judge to show leniency towards Owen during sentencing.

Sincerely,

Fanny Franco

Fanny Franco

Statement of Support on Behalf of Owen Batista by Francy Franco

I am Owen's aunt. I understand Owen recently pleaded guilty in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement for the Court's consideration for sentencing purposes.

I was the caretaker along with my mother of Owen since he was a baby. My mother bought a home in 1998, when Owen was two years old. My aunt and grandmother lived on the first floor. I lived on the second floor with my mother and father. My sister lived on the third floor with her three children. When my mother was diagnosed with lung cancer, we moved her to the first floor because she had trouble going up the stairs. She passed away in 2003.

My sister and her children moved into the first floor with our father and myself to take care of us. We moved a few times, until I moved out in 2012 to Pawtucket. When I moved out, I had two children ages 3 and 4 years old. After that, I had three more children with my boyfriend. The current ages of my children are 13, 12, 10, 9, and 5 years old. My oldest son loves to spend time with Owen and his brother Jr because they are gamers.

I can say I know Owen very well. He is a respectful, loving person. He loves to help people. When I went to visit my sister, I was always with him shopping and running errands, while my sister watched my children. If we stayed at my sister's house for a little while, we were always together with my children doing activities like playing outside or watching a movie. I am extremely sure that Owen would never hurt anyone, especially children.

Owen and his son share a special bond. If Owen was to leave him, it would be devastating for his son. I would like to recommend that the Judge show leniency towards Owen during sentencing. With Owen's history of developmental and learning disabilities since he was one years old, it would be a disservice for the court to take him away from his mother. Owen does not deserve to be sent to prison.

Sincerely,

Francy Franco

Statement of Support on Behalf of Owen Batista by Leandra Loarca

My name is Leandra. I am Owen's ex-girlfriend and the mother of his child Lenin. I understand Owen recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement for the Court's consideration for sentencing purposes.

I currently rent an apartment from my parents in Providence with my son and my daughter. I work from home and take care of my children. The children and I go to church every week to the same church my parents attend. My children are my life.

When I met Owen, I fell in love with him and his character. Owen was and is very respectful and a gentleman towards me and my family. We were both very young and both had overprotective parents. I found out I was pregnant a few months after we started dating. We were both very excited. Our parents were not happy at first but were excited for the baby because he was the first grandbaby on both sides.

While I was pregnant and for a few months after Lenin was born, Owen would sleep over my house, or I would sleep over his house. A few months after Lenin was born, Owen and I grew apart but remained friends. He helped me out so much with Lenin since he was born. Lenin loves his father so much. He sometimes cries if he is not able to see his father weekly. Before October 2020, Lenin would spend entire weekends and most of the summer with his father. Lenin speaks extremely highly of his father.

Owen is a great role model for his son. He is not the kind of person that likes to party and go out. He prefers to be at home with his family. My recommendation for the Judge to consider is to show leniency towards Owen during sentencing.

Respecfully,

Leandra Loarca

Statement of Support on Behalf of Owen Batista by Aurelinda Batista

My name is Aurelinda. I am Owen's paternal grandmother. I sometimes took care of Owen when he was a baby. I would take him to church all the time. I volunteered at the church most of the time feeding and clothing the needy. Owen loved coming with me and helping me out. I attend La Iglesia Pentecostal Aposento Alto located at 628 Public Street, Providence, RI 02907. Many of the church goers remember Owen. The following signatures are from the people at the church who would recommend that the Judge show Owen leniency during sentencing. We have been praying for Owen to stay home with his parents. Thank you for your time.

[illegible signature]

Marina Correa

[illegible signature]

Maria B. [illegible]

Beatriz Ortega Jimenes

Carlos Andujar

[illegible] López

José M. Bermúdez

Inés Madera

Juana Abreu

[illegible]

Honorina Aybar

Rafael [illegible]

[illegible]

Isabel [illegible]

Manuel R Andujar

Milagros [illegible]

Debora Cabrera

Jaice Carvalho

[illegible]

[illegible] castillo

Madeline [illegible]

Sarali [illegible]

Sandra Rosado

Sandra M. [illegible] De Cabrera

Oscar Gonzalez

Fermin Rodriguez

Maria Cruz

[illegible]

**Statement of Support on Behalf of Owen Batista by Scott Weber**

My name is Scott Weber, and I am a former teacher of Owen's. I understand that Owen recently pleaded guilty to certain offenses in U.S. District Court for the District of Rhode Island and will soon be sentenced. I offer this statement for the Court's consideration for sentencing purposes.

Having grown up in Massachusetts, I first arrived in Rhode Island as a student at Brown University, where I earned my degree in History and my teaching certificate in 1998. I have since gone on to earn two Master's Degrees. The first was in Educational Psychology from the Union Institute and University in Vermont, received in 2004, and the second was in Educational Leadership from Granite State College in New Hampshire, received in 2017. Along with this degree, I have earned a principal's certification. I have been employed as a teacher at the Metropolitan Regional Career and Technical Center, where I taught Owen, for 23 years. In 2018, I received my district's Teacher of the Year award. I have also taught as a Lab Faculty at College Unbound from 2019 to 2022. I have been married for 22 years and reside in Cranston, RI. My wife and I have two children. One graduated from the Met in 2021, and is working as a youth apprentice at AS220. The other will be attending her first year of high school at the Met next year. I also worked with Rhode Island Tutoring and Educational services as a tutor from 2015-2019.

I first met Owen Batista when he transferred into my classroom in March of 2012. During his high school years, I came to know him as insightful, creative and thoughtful. The Met is a project-based school with a heavy focus on internships. Owen's first internship was building houses with Habitat for Humanity. He showed an aptitude for hands-on work and a high level of craftsmanship. He would continue to explore hands-on trades work after high school.

In his senior year, Owen began an internship as a teacher's aide at Delsesto Middle School. Owen's senior thesis project was to work with a particular student who had struggled with organization and work completion. Owen developed a system of observing the student's progress, and he researched techniques which would help the student improve. As an intern, Owen was impeccably professional, and he went above and beyond to ensure student success. One example is that he noticed on his first day that many students did not have any pencils to write with. He took his own time and money to go and buy a set of pencils to bring with him to his next internship day. Owen documented his work regularly on his blog, showing his maturity and leadership though his self reflections.

Owen has kept in touch from time to time since graduating. He has stopped by on several occasions to tell me about his growing son, Lenin. Owen always struck me as a caring and involved father. Owen's learning disabilities made it unlikely that he would pursue a career in education, but he continued to explore options in the trades. Owen had become a team lead in the warehouse at Ocean State Job Lot. He was recently pursuing a CDL license so he could drive delivery trucks. He has always contributed to society through meaningful employment, and he has been a role model to his son. Owen also holds a position of leadership with his family, particularly in looking after his brother who has medical needs.

I believe that Owen is a positive member of society, who was influenced by others to make a mistake. I recommend that Owen be treated leniently, and receive probation as opposed to incarceration.

Thank you for taking my thoughts into consideration.

Sincerely

-Scott Weber

# ATTACHMENT B

# The Metropolitan Regional Career and Technical Center

*On behalf of the State of Rhode Island this diploma certifies that*

**Owen Batista**

*has shown a commitment to learning, achieved all individual goals, and met requirements for the completion of high school.*

*Awarded June 13, 2013.*

*Co-Director*

*Co-Director/Co-Founder*

*Co-Founder*

*Chairman of the Board*

A Occupational Safety and Health Administration

acknowledges that the recipient has successfully completed a hour Occupational Safety and Health Training Course in

Construction Safety and Health

**Owen Batista**

Glenn McGeoghegan
me – print or type)

02/25/13
(Course end date)

# ATTACHMENT C

# Owen Batista

181 Gould Avenue, Warwick, RI 02888 | 401-699-7714 | o.batista0924@gmail.com

## Education

- DRIVER IN TRAINING | NEW ENGLAND TRACTOR TRAINING 07/2019
- ServSafe Kitchen Manager – Expires May 2020
- Dr. Robert 'Skid' Rheault aquaculture training certification May 2016

## Skills & Abilities

### INTERNSHIP

- Worked construction building a single-family house for Habitat for Humanity | 09/2011 – 06/2013
  - Installed drywall, roofing shingles and vinyl siding
- Exchange City | 07/2009 – 08/2009
  - Cashier

### COMPUTER

- Perform tasks on the computer using Microsoft Suite software, such as Word, PowerPoint, etc.

### ACCOMPLISHMENTS

- Ability to communicate effectively with superiors, colleagues, and staff
- Completed OSHA 10 and 30

## Experience

### FORKLIFT OPERATOR | OCEAN STATE JOB LOT | 04/2022 – PRESENT

- Move pallets

### MACHINIST | GREYSTONE INC | 05/2021 – 03/20122

- Plating parts

### RETAIL ASSOCIATE | THE HOME DEPOT | 05/2021 – 06/2021

Unloading trucks, inventory

### COOK'S HELPER | ELEANOR SLATER HOSPITAL | 06/2016 – 08/2016

- Assisted in food preparation

### SHELF INSTALLER | FAMILY DOLLAR | 02/2014 – 03/2014

- Installation of shelves and taking inventory in six stores

### FOOD PREPARER/CASHIER | BURGER KING | 11/2013 – 02/2014

- Assisted in food preparation
- Cashier

### CASHIER | PRICE RITE | 08/2013 – 11/2013

- Customer Service/Cashier
- Inventory and stocking

#81887 - Owen Batista
DC/1105 DC/105 Distribu/10503 Wareho

Voucher #(89138)

Pay Date: 04/29/2022
Pay Period: 04/18/2022-04/24/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | 15.25 | 40.00 | 610.00 | 3,413.41 |
| OVERTIME | | 8.22 | 188.03 | 196.95 |
| Incentive | | | | 107.54 |
| **Gross Pay** | | | **798.03** | **3,717.90** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 798.03 | 3,717.90 | 61.93 | 243.79 |
| FICA | 798.03 | 3,717.90 | 49.48 | 230.51 |
| MEDI | 798.03 | 3,717.90 | 11.57 | 53.91 |
| SIT:RI | 798.03 | 3,717.90 | 29.93 | 139.42 |
| RI TDI | 798.03 | 3,717.90 | 8.78 | 40.90 |
| **Total** | | | **161.69** | **708.53** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **636.34** | **3,009.37** |
| Checking (7988) | 636.34 | 3,009.37 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 4.79 | 22.31 |
| FICA | 49.48 | 230.51 |
| MEDI | 11.57 | 53.91 |
| SUTA_SC:RI | 1.68 | 7.82 |
| SUTA:RI | 19.87 | 92.57 |
| **Total** | **87.39** | **407.12** |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
--More--

**Tax Allowance Settings - Continued**

Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Rhode Island: Allowances: 0

1 For information purposes only. No effect on your net pay.

Ocean State Jobbers Inc 375 Commerce Park Road, North Kingstown, RI 02852

1 of 1

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

| Pay Date: | 04/29/2022 |
|---|---|
| Voucher #: | (89138) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Owen Batista | 1 | Checking | XXXXX7988 | 083000137 | 636.34 |

DC/1105 DC/105 Distribu/10503 Wareho 81887 04/29/2022 (89138)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

**Non-Negotiable - This Is Not A Check**

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

DC/1105 DC/105 Distribu/10503 Wareho 81887 04/29/2022 (89138)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

Personal & Confidential

#81887 - Owen Batista
DC/1105 DC/105 Distribu/10503 Wareho

Voucher #(89999)

Pay Date: 05/06/2022
Pay Period: 04/25/2022-05/01/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | 15.25 | 40.00 | 610.00 | 4,023.41 |
| OVERTIME | | 8.20 | 187.58 | 384.53 |
| Incentive | | | | 107.54 |
| **Gross Pay** | | | **797.58** | **4,515.48** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 797.58 | 4,515.48 | 61.87 | 305.66 |
| FICA | 797.58 | 4,515.48 | 49.45 | 279.96 |
| MEDI | 797.58 | 4,515.48 | 11.56 | 65.47 |
| SIT:RI | 797.58 | 4,515.48 | 29.91 | 169.33 |
| RI TDI | 797.58 | 4,515.48 | 8.77 | 49.67 |
| **Total** | | | **161.56** | **870.09** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **636.02** | **3,645.39** |
| Checking (7988) | 636.02 | 3,645.39 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 4.79 | 27.10 |
| FICA | 49.45 | 279.96 |
| MEDI | 11.56 | 65.47 |
| SUTA_SC:RI | 1.67 | 9.49 |
| SUTA:RI | 19.86 | 112.43 |
| **Total** | **87.33** | **494.45** |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
--More--

**Tax Allowance Settings - Continued**

Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Rhode Island: Allowances: 0

1 For information purposes only. No effect on your net pay.

Ocean State Jobbers Inc 375 Commerce Park Road, North Kingstown, RI 02852

1 of 1

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

| Pay Date: | 05/06/2022 |
|---|---|
| Voucher #: | (89999) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Owen Batista | 1 | Checking | XXXXX7988 | 083000137 | 636.02 |

DC/1105 DC/105 Distribu/10503 Wareho 81887 05/06/2022 (89999)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

**Non-Negotiable - This Is Not A Check**

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

DC/1105 DC/105 Distribu/10503 Wareho 81887 05/06/2022 (89999)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

Personal & Confidential

#81887 - Owen Batista
DC/1105 DC/105 Distribu/10503 Wareho

Voucher #(90876)

Pay Date: 05/13/2022
Pay Period: 05/02/2022-05/08/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | 15.25 | 40.00 | 610.00 | 4,633.41 |
| OVERTIME | | 0.20 | 4.58 | 389.11 |
| Incentive | | | | 107.54 |
| **Gross Pay** | | | **614.58** | **5,130.06** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 614.58 | 5,130.06 | 39.91 | 345.57 |
| FICA | 614.58 | 5,130.06 | 38.10 | 318.06 |
| MEDI | 614.58 | 5,130.06 | 8.91 | 74.38 |
| SIT:RI | 614.58 | 5,130.06 | 23.05 | 192.38 |
| RI TDI | 614.58 | 5,130.06 | 6.76 | 56.43 |
| **Total** | | | **116.73** | **986.82** |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **497.85** | **4,143.24** |
| Checking (7988) | 497.85 | 4,143.24 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 3.69 | 30.79 |
| FICA | 38.10 | 318.06 |
| MEDI | 8.91 | 74.38 |
| SUTA_SC:RI | 1.29 | 10.78 |
| SUTA:RI | 15.30 | 127.73 |
| **Total** | **67.29** | **561.74** |

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
--More--

**Tax Allowance Settings - Continued**

Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Rhode Island: Allowances: 0

1 For information purposes only. No effect on your net pay.

Ocean State Jobbers Inc 375 Commerce Park Road, North Kingstown, RI 02852

1 of 1

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

| Pay Date: | 05/13/2022 |
|---|---|
| Voucher #: | (90876) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Owen Batista | 1 | Checking | XXXXX7988 | 083000137 | 497.85 |

DC/1105 DC/105 Distribu/10503 Wareho 81887 05/13/2022 (90876)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

**Non-Negotiable - This Is Not A Check**

**Ocean State Jobbers Inc**
375 Commerce Park Road
North Kingstown, RI 02852

DC/1105 DC/105 Distribu/10503 Wareho 81887 05/13/2022 (90876)

**Owen Batista**
181 Gould Avenue
Warwick, RI 02888

Personal & Confidential

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box. ☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Owen | Batista | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | | | Apt. no. |
|---|---|---|---|
| 181 Gould Ave | | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | |
| Warwick | RI | 028881938 | |
| Foreign country name | Foreign province/state/county | Foreign postal code | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | 13,241. |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 25. |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | | | 8 | 10,449. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | 9 | 23,715. |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | | 11 | 23,715. |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a | 12,550. | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | | |
| c | Add lines 12a and 12b | | | | 12c | 12,550. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | | 13 | |
| 14 | Add lines 12c and 13 | | | | 14 | 12,550. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | 11,165. |

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction*, see instructions.

Form 1040 (2021) Page 2

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | | | 16 | 1,142. |
| 17 | Amount from Schedule 2, line 3 | | | 17 | |
| 18 | Add lines 16 and 17 | | | 18 | 1,142. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | | 20 | 106. |
| 21 | Add lines 19 and 20 | | | 21 | 106. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | 1,036. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** | | | 24 | 1,036. |
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | 606. | | |
| b | Form(s) 1099 | 25b | 1,049. | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | 1,655. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | | 26 | |
| 27a | Earned income credit (EIC) (If you have a qualifying child, attach Sch. EIC.) | 27a | | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ☐ | | | | |
| b | Nontaxable combat pay election — 27b | | | | |
| c | Prior year (2019) earned income — 27c | | | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** | | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 1,655. |

**Refund**

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 619. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | 619. |
| b | Routing number 0 5 1 5 0 4 7 5 9 — c Type: ☒ Checking ☐ Savings | | | |
| d | Account number 1 7 9 9 3 6 7 7 6 | | | |
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** | 36 | | |

Direct deposit? See instructions.

**Amount You Owe**

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions | | 37 | |
| 38 | Estimated tax penalty (see instructions) | 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ☐ Yes. Complete below. ☒ No

Designee's name — Phone no. — Personal identification number (PIN)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature — Date — Your occupation: Machinist — If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, both must sign. — Date — Spouse's occupation — If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no. (401) 771-0009 — Email address

**Paid Preparer Use Only**

Preparer's name — Preparer's signature — Date — PTIN — Check if: ☐ Self-employed

Firm's name: Self-Prepared — Phone no.

Firm's address — Firm's EIN

Go to www.irs.gov/Form1040 for instructions and the latest information. BAA REV 02/16/22 Intuit.cg.cfp.sp Form 1040 (2021)

Form **1040** Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box.
[X] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| OWEN | BATISTA | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. |
|---|---|---|
| 181 GOULD AVE | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
| WARWICK | RI | 02888 |
| Foreign country name | Foreign province/state/county | Foreign postal code |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction** Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1956 [ ] Are blind Spouse: [ ] Was born before January 2, 1956 [ ] Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |

Attach Sch. B if required.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest | 2a | 2b (b Taxable interest) | |
| 3a | Qualified dividends | 3a | 3b (b Ordinary dividends) | |
| 4a | IRA distributions | 4a | 4b (b Taxable amount) | |
| 5a | Pensions and annuities | 5a | 5b (b Taxable amount) | |
| 6a | Social security benefits | 6a | 6b (b Taxable amount) | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | 8 | 2,618 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | 9 | 2,618 |
| 10 | Adjustments to income: | | | |
| a | From Schedule 1, line 22 | 10a 185 | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | 10c | 185 |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | 11 | 2,433 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 12,400 |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | 13 | 0 |
| 14 | Add lines 12 and 13 | | 14 | 12,400 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | 15 | 0 |

Standard Deduction for—
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under *Standard Deduction*, see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form 1040 (2020)

BCA

Form 1040 (2020) OWEN BATISTA 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 Page 2

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 [ ] 8814 2 [ ] 4972 3 [ ] | | | 16 | |
| 17 | Amount from Schedule 2, line 3 | | | 17 | |
| 18 | Add lines 16 and 17 | | | 18 | |
| 19 | Child tax credit or credit for other dependents | | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | | 20 | |
| 21 | Add lines 19 and 20 | | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | 23 | 370 |
| 24 | Add lines 22 and 23. This is your **total tax** | | | 24 | 370 |
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 From 1099 | 25a | | | |
| b | Form(s) 1099 | 25b | 280 | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | 280 |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | | | 26 | |
| 27 | Earned income credit (EIC) | 27 | 186 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | | | |
| 31 | Amount from Schedule 3, line 13 | 31 | | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** | | | 32 | 186 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 466 |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 96 |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here [ ] | | 35a | 96 |
| b | Routing number 083000137 | c Type: [X] Checking [ ] Savings | | |
| d | Account number 563647988 | | | |
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** | 36 | | |

Direct deposit? See instructions.

**Amount You Owe**

For details on how to pay, see instructions.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe** | | 37 | |
| | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | | |
| 38 | Estimated tax penalty (see instructions) | 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions [X] Yes. Complete below. [ ] No

Designee's name C Alberto Guzman Phone no. 401-785-0805 Personal identification number (PIN) 01214

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: Student | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Joint return? See instructions. Keep a copy for your records.

Phone no. 401-699-7714 Email address

**Paid Preparer Use Only**

Preparer's name: Alberto Guzman | Preparer's signature | Date: 3/27/21 | PTIN: P00127088 | Check if: [ ] Self-employed

Firm's name AG Servicios LLC | Phone no. 401-785-0805

Firm's address 1214 Broad Street PROVIDENCE RI 02905-1240 | Firm's EIN 52-2246741

Go to www.irs.gov/Form1040 for instructions and the latest information. Form 1040 (2020)

# ATTACHMENT D





















